**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE: (916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
FLEETA RASHEEN SOUZA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR.NO.S-06-192-EJG |
| ) | |
| PLAINTIFF, ) | STIPULATION AND |
| ) | ORDER TO CONTINUE ADMIT OR |
| v. ) | DENY HEARING TO FRIDAY, |
| ) | JULY 13, 2012 |
| FLEETA RASHEEN SOUZA, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |
| _____) | |

     Plaintiff, the United States of America, by its counsel, Assistant United States Attorney, Mr. Richard J. Bender, defendant Fleeta Rasheen Souza, represented by Mr. James R. Greiner, hereby stipulate and agree that the admit or deny hearing and the sentencing on the admission can be calendared for Friday, July 13, 2012, at 10:00 a.m., before the Honorable Senior District Court Judge, Edward J. Garcia. The parties agree that the admit or deny hearing set for Friday, June 15, 2012 at 10:00 a.m. can be vacated.

     The defense is requesting this matter be continued so that the defendant can make the admissions and be sentence all on the same day. The purpose for this is to conserve and save Court resources and time. Counsel for the defendant has had discussions with the defendant and she is willing to enter admissions and be

1

sentenced all on one day. Defense counsel has attempted to contact the probation officer but to date has been unsuccessful, primarily since the officer has been on leave. The government has expressed no objection to this if the Court so agrees.

In addition, probation needs this time to prepare a sentencing report for the Court and parties.

Courtroom deputy, Colleen Lydon, was contacted by counsel to check the proposed date and the date of Friday, July 13, 2012, was open and available for the Court and it is.

Finally, James R. Greiner has been authorized by the government to sign this agreement and stipulation.

Respectfully submitted,
BENJAMIN B. WAGNER
UNITED STATES

/s/ RICHARD J. BENDER

DATED: 6-14-2012

RICHARD J. BENDER
ASSISTANT UNITED STATES ATTORNEY
ATTORNEY FOR THE PLAINTIFF

/s/ JAMES R. GREINER

DATED: 6-14-2012

JAMES R. GREINER
ATTORNEY FOR DEFENDANT
FLEETA RASHEEN SOUZA

## ORDER

The Court Orders the admit/deny hearing on the TSR violation vacated from the Court's Friday, June 15, 2012, caledar.

The Court Orders that the admit/deny hearing shall be re-calendared for Friday July 13, 2012, at 10:00 a.m., in Courtroom 8, 13th Floor.

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

DATED: June 14, 2012

/s/ Edward J. Garcia
_____

**EDWARD J. GARCIA**

**UNITED STATES SENIOR DISTRICT COURT JUDGE**

3